# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **DERRICK REYNOLDS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00083-RDP-SGC |
| ) | |
| **D. YEAGER,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Petitioner Derrick Reynolds filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Docs. 1, 2). On December 1, 2025, the Magistrate Judge entered a Report and Recommendation recommending this action be dismissed as moot or, alternatively, as premature for failure to exhaust administrative remedies. (Doc. 11). Although the Magistrate Judge advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that this action is due to be **DISMISSED WITHOUT PREJUDICE** as moot or, alternatively, as unexhausted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this December 22, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE